AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 21 2019 ★
BROOKLYN OFFICE

MISC 19-1618

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SHMUEL ELIMELECH BRAUN, et al., <br> *Plaintiff* <br> v. <br> ISLAMIC REPUBLICAN OF IRAN, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 15-cv-1136 (BAH) <br> ) <br> ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  01/10/2017  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 6/20/2019

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 21 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHMUEL ELIMELECH BRAUN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | **MISC 19 - 1618** <br><br> Civil Action No. 15-cv-1136 (BAH) <br><br> Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of the plaintiffs' Motion for Judgment on Default and to Schedule an Evidentiary Hearing, ECF No. 31, the related legal memoranda in support, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the plaintiffs have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), and it is hereby

**ORDERED** that, because the plaintiffs have satisfactorily proven their entitlement to default judgment, the plaintiffs' Motion for Judgment on Default is GRANTED; and it is further

**ORDERED** that the defendants pay to the plaintiff estate of Chaya Zissel Braun the sum of $1,000,000; and it is further

**ORDERED** that the defendants pay to each of the plaintiffs Chana Braun and Shmuel Braun the sum of $6,250,000; and it is further

**ORDERED** that the defendants pay to each of the plaintiffs Chana Braun, Shmuel Braun, Esther Braun, Murray Braun, Sara Halperin, and Shimshon Halperin, the sum of $2,500,000; and it is further

**ORDERED** that the defendants pay to the plaintiffs, collectively, the sum of $150,000,000 in punitive damages; and it is further

**ORDERED** that the defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Syrian Arab Republic shall be jointly and severally liable for the entire judgment amount of $178,500,000; and it is further

**ORDERED** that the plaintiffs' Motion to Schedule an Evidentiary Hearing, ECF No. 31, is denied; and it is further

**ORDERED** that the plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to the defendants; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: January 10, 2017

*This is a final and appealable Order.*



Digitally signed by Hon. Beryl A. Howell
DN: cn=Hon. Beryl A. Howell, o=U.S. District Court for the District of Columbia, ou=Chief Judge, email=Howell_Chambers@dcd.uscourts.gov, c=US
Date: 2017.01.10 11:56:40 -05'00'

BERYL A. HOWELL
Chief Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 1/10/2017
ANGELA D. CAESAR, CLERK
BY: